LMN/KN:AAS
F.#2010R00136
OCDETF#NY-NYE-628

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GLASFORD O'BRIEN DAVIS,
    also known as
    "Mike Glass,"
    "David Dele" and
    "Eric Wilson,"
OSCAR GASTELUM,
    also known as
    "Mailman,"
███████████████ and
MARTIN TERRAN,

    Defendants.

I N D I C T M E N T

Cr. No. _____
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(ii)(II),
841(b)(1)(B)(ii)(II),
841(b)(1)(D), 846, 853(a)
and 853(p); T. 18, U.S.C.,
§§ 2 and 3551 et seq.)

- - - - - - - - - - - - - - - -X

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(Conspiracy to Distribute Cocaine - All Defendants)

1. On or about and between December 1, 2009 and January 22, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants GLASFORD O'BRIEN DAVIS, also known as "Mike Glass," "David Dele" and "Eric Wilson," OSCAR GASTELUM, also known as "Mailman," ███████████████ and MARTIN TERRAN, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved five kilograms or

more of a substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii)(II); Title 18, United States Code, Sections 3551 et seq.)

COUNT TWO
(Distribution and Possession With Intent to
Distribute Cocaine - All Defendants)

2. On or about and between January 20, 2010 and January 23, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants GLASFORD O'BRIEN DAVIS, also known as "Mike Glass," "David Dele" and "Eric Wilson," OSCAR GASTELUM, also known as "Mailman," ███████████████████████ and MARTIN TERRAN, together with others, did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II); Title 18, United States Code, Sections 2 and 3551 et seq.)

COUNT THREE
(Conspiracy to Distribute Marijuana - GLASS)

3. On or about and between January 11, 2010 and January 15, 2010, both dates being approximate and inclusive,

within the Eastern District of New York and elsewhere, the defendant GLASFORD O'BRIEN DAVIS, also known as "Mike Glass," "David Dele" and "Eric Wilson," together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(D); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION FOR COUNTS ONE THROUGH THREE

4. The United States hereby gives notice to the defendants charged in Counts One through Three that, upon conviction, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses.

5. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Sections 853(a) and (p), to seek forfeiture of any other property of such defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and (p))

A TRUE BILL

_____
FOREPERSON

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

4